W. A. MANN v. THE STATE.

No. 3079.   Decided April 1, 1914.

**Occupation—Motion for New Trial—Affidavits.**

In the absence of supporting affidavits to the motion for new trial or any evidence accompanying the record, the cause must be affirmed.

Appeal from the District Court of Hill.   Tried below before the Hon. Horton B. Porter.

Appeal from a conviction of unlawfully pursuing the occupation of selling intoxicating liquors in local option territory; penalty, two years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*C. E. Lane,* Assistant Attorney General, for the State.

HARPER, JUDGE.—Appellant was prosecuted and convicted of pursuing the business and occupation of selling intoxicating liquors in prohibition territory.

The record before us contains neither a statement of facts nor any bills of exception.   The motion for a new trial alleges some matters if properly supported by affidavits, might present questions for review, but in the absence of any supporting affidavits, no evidence of any character accompanying the record, the judgment must be affirmed.

The judgment is affirmed.

*Affirmed.*